UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MONTANO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES, warden,<br><br>　　　　Respondent. | No. C 09-3068 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new habeas action if he ever obtains permission from the United State Court of Appeals for the Ninth Circuit to do so.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 13, 2009

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge